UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

CHARISSE L BROWN

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

Debtor(s)   **CASE NO. BKY 04-45144 NCD**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Budget Rent A Car System, Inc. in the amount of $56.55, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Budget Rent A Car System, Inc.<br>Attn: Theresa Tankersley<br>300 Centre Pointe Drive<br>Virginia Beach, VA 23462 | 4 | $56.55 |

ACCOUNT NUMBER:
X036744696 (CHECK 3674)

**Jasmine Z. Keller, Trustee**

Dated: March 31, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee